IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:07-CR-00053-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WILLIE JAMES PEARSON, ) | |
| Defendant. ) | |

This matter is before the court on Willie James Pearson's *pro se* motion [DE-67]. The motion is nonsensical and appears to be directed at the IRS and FCC. The court is unable to ascertain a legal basis upon which to allow Pearson any relief. Accordingly, Pearson's motion [DE-67] must be DENIED.

SO ORDERED.

This, the 24 day of January, 2017.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge